# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A., A
NATIONAL CORPORATION,
                Appellant,
    vs.
NV EAGLES, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
CIMMARON RIDGE HOMEOWNERS
ASSOCIATION,
                Respondents.

No. 77288

**FILED**

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Douglas Smith, District Judge
       Akerman LLP/Las Vegas
       Hong & Hong
       Leach Kern Gruchow Anderson Song/Las Vegas
       Eighth District Court Clerk